| | | | |
|---|---|---|---|
| | | | Case Number **16–48102** |
| **Information to identify the case:** | | | |
| Debtor 1 | **Robert Hatton** | Social Security number or ITIN | **xxx–xx–3642** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Claudia Hatton** | Social Security number or ITIN | **xxx–xx–1427** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Missouri** | Date case filed for chapter **13** | **11/9/16** |
| Case number: | **16–48102** | | |

Official Form 309I
# Order and Notice of Chapter 13 Bankruptcy Case                               12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities (see Bankruptcy Code §362 and §1301 for prohibited collection actions). This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the Court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the Bankruptcy Clerk's Office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office by the same deadline. (See section number 13 below for more information.)

To protect your rights, consult an attorney.

**The staff of the Bankruptcy Clerk's Office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the Court.**

**Do not file this notice with any Proof of Claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the Court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| 1. Debtor's full name | Robert Hatton | Claudia Hatton |
| 2. All other names used in the last 8 years | | |
| 3. Address | 21 Vicksburg Station<br>Saint Charles, MO 63303 | 21 Vicksburg Station<br>Saint Charles, MO 63303 |
| 4. **Debtor's attorney** Name and address | Timothy Patrick Powderly<br>The Powderly Law Firm, L.L.C.<br>11965 St. Charles Rock Rd.<br>Suite 202<br>St. Louis, MO 63044 | Contact phone: 314–770–9890<br><br>Email: tim@powderlylaw.com |
| 5. **Bankruptcy trustee** Name and address | John V. LaBarge Jr<br>Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO 63143 | Contact phone: (314) 781–8100 |
| 6. **Bankruptcy Clerk's Office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 111 South Tenth Street<br>Fourth Floor<br>St. Louis, MO 63102<br>Telephone number: (314) 244–4500<br>McVCIS: 1–866–222–8029, #87<br>Electronic Case Information/PACER: https://ecf.moeb.uscourts.gov<br><br>Office Hours:  Monday – Friday 8:30 a.m. – 4:30 p.m. | |

**For more information, see page 2 >**

Debtor **Robert Hatton** and **Claudia Hatton**            Case number **16–48102**

| | | |
|---|---|---|
| **7. Meeting of creditors and Order to Appear**<br>The debtor (both spouses in a joint case) **are ordered to appear** at the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **December 7, 2016 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the Court docket. | **Location:**<br>**111 South Tenth Street, First Floor, Room 1.310, St. Louis, MO 63102** |
| **8. Deadlines**<br>The Bankruptcy Clerk's Office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/5/17**<br>The deadline to file such complaints for any creditor added to this case after the date of the initial Notice and Order of Commencement shall be the later of the original deadline or 60 days after the date on the certificate of service of the notice given pursuant to L.R. 1009. |
| | **Deadline for all creditors to file a Proof of Claim (except governmental units):**<br>**Deadline for governmental units to file a Proof of Claim (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)):**<br><br>**Proof of Claims:**<br>A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form is not included with this notice. You can obtain one at any Bankruptcy Clerk's Office, or by visiting www.uscourts.gov. If you do not file a Proof of Claim by the deadline, you might not be paid on your claim. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the Bankruptcy Court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Proofs of Claims can be filed via the Court's Electronic Proof of Claim system (ePOC) found on the Court's web site at www.moeb.uscourts.gov.**<br>Do not include this notice with any filing you make with the Court. | **Filing deadline: 3/7/17**<br><br><br><br>**Filing deadline: 5/8/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors unless otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases. |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy or summary of the plan, if not enclosed, will be sent to you later.<br>The hearing on confirmation will be held on:<br>**1/5/17** at **11:00 AM**, Location: **Thomas F. Eagleton U.S. Courthouse, 111 South Tenth Street, Courtroom 7 North – Seventh Floor, St. Louis, MO 63102**<br><br>**PLEASE BE ADVISED** that at <u>any</u> hearing concerning confirmation of your plan, <u>your case may be dismissed</u> if you have not made any plan payments or if you have failed to make all payments due as of the date of the hearing.<br><br>**Deadline to Object to Confirmation of the Plan:**<br>Twenty–one (21) days after the conclusion of the meeting of creditors or at the confirmation hearing, whichever is earlier. | |
| **10. Foreign Creditors** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the Court to extend the deadline in this notice. Consult an attorney familiar with United States Bankruptcy Law if you have any questions about your rights in this case. | |

For more information, see page 3 >

| | |
|---|---|
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the Court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the Court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the Bankruptcy Clerk's Office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the Court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee by the deadline. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code §1328(f), you must file a motion objecting to discharge by the deadline. |
| **14. Docmestic Support Obligation – Child Support** | The holder of any claim for unpaid pre−petition child support is entitled to have the trustee provide such creditor with notice of the creditor's right to use the services of the state child support enforcement agency and supply such creditor with the address and telephone number of the state child support enforcement agency and an explanation of the creditor's rights to payment in the Bankruptcy case. Any creditor may request such notice and information by writing the trustee. Such creditor is further entitled to have the trustee provide the creditor with (i) notice of the granting of the discharge, (ii) any last known address of the debtor,(iii) debtor's most recent employer, and (iv) information concerning other claims on which the debtor may be liable following a discharge. Failure to request such information from the trustee shall be a waiver of the right to receive such notice from the trustee. |

**So Ordered:**

*Kathy A Surratt-States*

United States Bankruptcy Court Judge
**Date:** 11/10/16

Any paper that you file in this bankruptcy case should be filed at the Bankruptcy Clerk's Office at the address listed in section number 6 of this Order and Notice. Registered electronic users should file through our Case Management/Electronic Case Files (CM/ECF) system at https://ecf.moeb.uscourts.gov. **This Court requires all attorneys to file electronically through CM/ECF.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the Bankruptcy Clerk's Office or via the Internet if you have a PACER subscription. You may register for PACER at www.pacer.gov. Case status information is available 24 hours a day by contacting **McVCIS (Multi−Court Voice Case Information System)** or via the Internet using PACER. Information about the meeting of creditors, certain forms, and other matters can be obtained from the Court's website: http://www.moeb.uscourts.gov.

**Debtor information needed at the meeting of creditors:**
- Most recently filed federal and state tax returns (must be provided to trustee at least 7 days before 341 meeting)
- W−2(or W−4) forms
- Deeds to any real estate in which the debtor has any interest
- Savings, checking and investment account statements
- Personal property tax statements
- Life insurance policies on debtor's life or lives of debtor's spouse or children
- Divorce decree or separation agreement
- Documentation supporting the appropriate Statement of Current Monthly Income/Means Test/Form(s) (B122)
- Pay stubs or other earnings statements covering the 6−month period prior to the petition date (must be provided to trustee by the 45th day after the petition date)
- Records of any amounts withheld under a garnishment or levy at the time the bankruptcy case was filed.

**Debtor Identification:**
All individual debtors must provide picture identification and proof of social security number (if any) to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed or denial of your discharge, and/or criminal referral. Acceptable forms of picture identification (ID) include an original: 1)driver's license, 2)federal or state government ID, 3)student id, 4)U.S. passport, 5)military ID, or 6)resident alien card. Acceptable forms of proof of social security number include an original: 1)social security card, 2)medical insurance card, 3)pay stub, 4)W−2 form, 5)Internal Revenue Service Form 1099, 6)Social Security Administration report, or 7)statement that such documentation does not exist.

```
                             United States Bankruptcy Court
                              Eastern District of Missouri

In re:                                                          Case No. 16-48102-kss
Robert Hatton                                                   Chapter 13
Claudia Hatton
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0865-4           User: baij              Page 1 of 2              Date Rcvd: Nov 10, 2016
                               Form ID: 309I           Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
db/db        +Robert Hatton,    Claudia Hatton,    21 Vicksburg Station,    Saint Charles, MO 63303-6143
ust          +Office of US Trustee,    111 S Tenth St, Ste 6.353,    St. Louis, MO 63102-1127
17532738     +AR Ressources Inc.,    PO BOX 1056,    Blue Bell, PA 19422-0287
17532739     +Aurora Medical Center,    36500 Aurora Drive,    Summit, WI 53066-4899
17532743     +Blaze Landscaping Contraction,    W180 N5325 Marcy Rd.,    Menomonee Falls, WI 53051-6525
17532744     +CACU,    PO BOX 14908,    Lenexa, KS 66285-4908
17532748    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank,     PO BOX 688922,    Des Moines, IA 50368)
17532755     +CSC Lawyers Incorporating SVC,    221 Bolivar,    Jefferson City, MO 65101-1574
17532745     +Carol Hatton,    251 Marengo Ave. #6B,    Forest Park, IL 60130-1639
17532749     +City of Lake Mills,    200 Water St.,    Lake Mills, WI 53551-1632
17532752     +Convergence Receivables,    P.O. Box 2165,    Cedar Rapids, IA 52406-2165
17532757     +Dr. Atif Shafat,    3015 N. Ballas Rd.,    Saint Louis, MO 63131-2329
17532758     +Dr. Gilberto Rodrigues,    36500 Aurora Drive,    Oconomowoc, WI 53066-4899
17532760     +Gamache & Myers,    For Midland Funding,    1000 Camera Ave, Ste. A,    Crestwood, MO 63126-1037
17532761     +Heritage Residence Association,    7701 FORSYTH 12TH FL,    Capes, Sokol, Goldman et al,
               Saint Louis, MO 63105-1818
17532763     +Humberto Fagundes,    3015 N. Ballas Rd.,    Saint Louis, MO 63131-2329
17532765     +Kramer & Frank,    9300 Dielman Ind. Dr.,    St. Louis, MO 63132-3080
17532767     +LVNV Funding LLC,    726 Exchange St., Ste. 700,    Buffalo, NY 14210-1464
17532766     +Litow & Pech,    PO BOX 698,    Festus, MO 63028-0698
17532768     +Margaf Collection Agency,    112 N Main St.,    Fort Atkinson, WI 53538-1827
17532771      Medicredit Inc.,    PO Box 1629,    Maryland Heights, MO 63043-0629
17532772     +Michael Kisling,    Attorney for MDOR,    Jefferson City, MO 65105-0001
17532774     +Midland Funding LLC,    101 Gateway Centre PRKWY, STE. 110,    Richmond, VA 23235-5173
17532775     +Missouri Baptist Hospital,    PO BOX 958361,    Saint Louis, MO 63195-8361
17532777     +National Account Services,    1246 Univ. Ave. W, Ste. 421,    Saint Paul, MN 55104-4106
17532782     +State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
17532784     +US Department Of Education,    PO Box 5202,    Madison, WI 53705-0202
17532785     +UW MED FOUNDATION,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
17532783     +United Credit And Collections, Inc.,    520 Madison St.,    St. Charles, MO 63301-2748
17533279     +United States Attorney,    111 South 10th Street,    St. Louis MO 63102-1125
17532786      Vion Holdings LLC,    C-O CSC LISC,    Jefferson City, MO 65101
17532788      World Financial Network Bank,    PO BOX 65961,    San Antonio, TX 78265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: tim@powderlylaw.com Nov 11 2016 00:44:57      Timothy Patrick Powderly,
               The Powderly Law Firm, L.L.C.,    11965 St. Charles Rock Rd.,    Suite 202,
               St. Louis, MO   63044
tr           +E-mail/Text: bncntcs@ch13stl.com Nov 11 2016 00:46:35      John V. LaBarge, Jr,
               Chapter 13 Trustee,    P.O. Box 430908,    St. Louis, MO 63143-0908
17532736     +EDI: ALLIANCEONE.COM Nov 11 2016 00:33:00      AllianceOne,    4850 Street Rd., Ste. 300,
               Trevose, PA 19053-6643
17532737     +EDI: AIS.COM Nov 11 2016 00:33:00      American Infosource LP,    PO BOX 268941,
               CO Midland Funding,    Oklahoma City, OK 73126-8941
17532740      EDI: BANKAMER.COM Nov 11 2016 00:34:00      Bank Of America,    PO BOX 851001,
               Dallas, TX 75285-1001
17532741      EDI: TSYS2.COM Nov 11 2016 00:33:00      Barclays Bank Delaware,    PO Box 8801,
               Wilmington, DE 19899-8801
17532742     +E-mail/Text: compliance@berlinwheeler.com Nov 11 2016 00:45:44      Berlin Wheeler Inc.,
               2942-A Wanamaker Dr., Ste. 250,    Topeka, KS 66614-4494
17532751      E-mail/Text: cacubankruptcy@cacu.com Nov 11 2016 00:45:46      Community America Credit Union,
               PO BOX 15950,    Lenexa, KS 66285
17532746     +EDI: CHASE.COM Nov 11 2016 00:33:00      Chase Best Buy,    PO BOX 15298,
               Wilmington, DE 19850-5298
17532747     +EDI: CITICORP.COM Nov 11 2016 00:34:00      Citi Cards,    PO BOX 6500,
               Sioux Falls, SD 57117-6500
17532750     +EDI: WFNNB.COM Nov 11 2016 00:33:00      Comenity Bank/American,    PO BOX 182789,
               Columbus, OH 43218-2789
17532753     +EDI: CRFRSTNA.COM Nov 11 2016 00:33:00      Credit First National Association,    PO BOX 81315,
               Cleveland, OH 44181-0315
17532754     +EDI: CMIGROUP.COM Nov 11 2016 00:33:00      Credit Management LP,    PO  BOX 118288,
               Carollton, TX 75011-8288
17532756      EDI: DISCOVER.COM Nov 11 2016 00:33:00      Discover Financial Services,    PO BOX 15316,
               Wilmington, DE 19850
17532759     +E-mail/Text: bknotice@erccollections.com Nov 11 2016 00:45:46      Enhanced Recovery Company LLC,
               8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
17532762     +EDI: HFC.COM Nov 11 2016 00:38:00      HSBC Bank,    PO BOX 30253,
               Salt Lake City, UT 84130-0253
17533281      EDI: IRS.COM Nov 11 2016 00:38:00      Internal Revenue Service,    P.O. Box 7346,
               Philadelphia PA 19101-7346
17532769     +E-mail/Text: JRepa@mcacollectionagency.com Nov 11 2016 00:45:00      MCA Management,
               2835 High Ridge Road,    High Ridge, MO 63049-2209
```

```
District/off: 0865-4          User: baij                 Page 2 of 2              Date Rcvd: Nov 10, 2016
                              Form ID: 309I              Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
17532773       +EDI: MID8.COM Nov 11 2016 00:33:00      Midland Funding,    8875 Aero Dr., Ste. 200,
                San Diego, CA 92123-2255
17532776        E-mail/Text: ecfnotices@dor.mo.gov Nov 11 2016 00:45:03      Missouri Department Of Revenue,
                Bankruptcy Unit PO Box 475,    301 W High Street,    Jefferson City, MO 65105-2200
17533278       +E-mail/Text: ecfnotices@dor.mo.gov Nov 11 2016 00:45:03      Missouri Department of Revenue,
                PO Box 475,    301 W High St,    Jefferson City MO 65101-1517
17532780        EDI: PRA.COM Nov 11 2016 00:33:00      Portfolio Recovery,    120 Corporate Blvd., Ste. 100,
                Norfolk, VA 23502
17532779       +E-mail/Text: tstark@peplending.com Nov 11 2016 00:46:18      Performance Equity Partners,
                19450 97th Ave.,    Mokena, IL 60448-9320
17532781       +EDI: SEARS.COM Nov 11 2016 00:33:00      Sears,    HSBC Card Services,    PO BOX 6282,
                Sioux Falls, SD 57117-6282
17532787       +E-mail/Text: Bankruptcy-Notifications@we-energies.com Nov 11 2016 00:45:05      We Energies,
                PO BOX 2046,    Milwaukee, WI 53201-2046
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17532764*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    PO BOX 66778,   Saint Louis, MO 63166)
17532770      ##+McNeary, Pittenger, & Associates,    6800 College Park, Ste. 400,   Overland Park, KS 66211-1880
17532778      ##+NCO Financial,   C/O Bankruptcy Department,    PO BOX 15636,   Wilmington, DE 19850-5636
                                                                                     TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
```
              John V. LaBarge, Jr    standing_trustee@ch13stl.com, trust33@ch13stl.com
              Office of US Trustee   USTPRegion13.SL.ECF@USDOJ.gov
              Timothy Patrick Powderly    on behalf of Debtor Robert  Hatton tim@powderlylaw.com,
               powderlylawmycmecf@gmail.com
              Timothy Patrick Powderly    on behalf of Debtor Claudia  Hatton tim@powderlylaw.com,
               powderlylawmycmecf@gmail.com
                                                                                            TOTAL: 4
```